IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED ELECTRICAL, RADIO AND MACHINE WORKERS OF AMERICAN AND ITS AFFILIATED LOCAL 1112 AND JAMES BYRD,<br><br>**Plaintiff,**<br><br>v.<br><br>STEVEN WHITING, BADGER DIE CASTING CORPORATION, THE GARRETT GROUP, L.L.C., FRANKLIN LEASING LLC, BADGER DIE CASTING L.L.C., NORTH STAR HOLDINGS L.L.C., GAG PLASTICS, INC., AND WISCONSIN DIE CAST,<br><br>**Defendants.** | Case No. 02-C-686 |

**and**

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor,<br><br>**Plaintiff,**<br><br>v.<br><br>THE GARRETT GROUP, L.L.C.; STEVEN WHITING, individually and as fiduciary to the GARRETT GROUP, L.L.C. 401(k) SAVINGS PLAN; and the GARRETT GROUP L.L.C. 401(k) SAVINGS PLAN,<br><br>**Defendants.** | File No. 04-C-0849 |

**ORDER**

The Court having considered the parties' **AGREED JOINT MOTION TO CONTINUE DISCOVERY DEADLINES PENDING SETTLEMENT NEGOTIATIONS**;

IT IS HEREBY ORDERED that the parties' motion is **granted** and the deadline to complete fact discovery in Case No. 02-C-686 and Case No. 04-C-0849 is continued from March

30, 2007 to June 4, 2007. Counsel for parties to participate in a telephone conference with the Court on **May 30, 2007** at **8:30 A.M.,** (Central Daylight Time). The court will place the call. The telephone conference schedule for April 3, 2007 is removed from the court's calendar.

**BY THE COURT:**

Date:  March 23, 2007                    s/Aaron E. Goodstein
                                         U. S. Magistrate Judge