UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
:
**ELAINE L. CHAO**, Secretary of Labor, :
United States Department of Labor, :
:
:
Plaintiff, :
: CIVIL ACTION
v. :
:
**The GARRETT GROUP, L.L.C.; STEVEN** :
**WHITING,** individually and as fiduciary to the : CASE No. 04-C-0849
**GARRETT GROUP, L.L.C. 401(k) SAVINGS** :
**PLAN; and the GARRETT GROUP L.L.C.** :
**401(k) SAVINGS PLAN**, :
:
Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## ORDER

On June 21, 2007, the court conducted a scheduling conference in this case and in Case No. 02-C-686. The court permitted an extension of the discovery deadline, but advised counsel that no further extensions would be permitted. Now, the parties have submitted their *Joint Letter Regarding Settlement in Principal* and request leave to complete and submit the executed consent order and judgment by August 24, 2007. They also request that the court stay discovery and, if the executed documents are not provided by the defendants by the date set, discovery should be extended through September 30, 2007. Certain depositions scheduled prior to August 20, 2007 would be stayed.

A scheduling conference is scheduled in this matter for **August 23, 2007,** at **9:15 a.m.** That conference shall proceed as scheduled. Discovery in this case shall be stayed

until the date of the scheduling conference. The defendants shall provide the executed documents to the plaintiff no later than **August 22, 2007.** If the documents are not provided, the court will entertain the plaintiff's motion to extend discovery, together with the plaintiff's motion for any costs and attorney fees incurred as a result of rescheduling the depositions set for August 2007.

SO ORDERED.

Dated at Milwaukee, Wisconsin this <u>8th</u> day of August, 2007.

s/AARON E. GOODSTEIN<br>U.S. Magistrate Judge